# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145911

JOANN EVANS,
           Plaintiff-Appellant,

v

SC: 145911
COA: 308799
Macomb CC: 2011-005229-NH

REDWOOD DENTAL GROUP, DAVID
BARTOLOVIC, and DAVID BARTOLOVIC,
D.D.S.,
           Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

d1217